| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) MORROW, MARGARET M. | 2. Court or Organization United States District Court, CACD | 3. Date of Report 11/03/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

United States District Court
255 E. Temple Street, Ste. 770
Los Angeles, California 90012

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Bryn Mawr College - Board of Trustees - (See Note in Part VIII) |
| 2. | Trustee | Brokerage Account #2 (Trust #1) (Part VIII, Page 17, Line 236) |
| 3. | Trustee | Administrative Account (Trust #2) (Part VIII, Page 38, Line 582) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 11/03/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Defined Benefit Pension Payment from State of California | $138,470.64 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bryn Mawr College | February 6-8 | Bryn Mawr, PA | Board of Trustees Meeting | Meals |
| 2. | Bryn Mawr College | April 24-26 | Bryn Mawr, PA | Board of Trustees Meeting | Meals |
| 3. | Bryn Mawr College | June 26-28 | Wilmington, DE | Board of Trustees Meeting | Meals, Lodging |
| 4. | Bryn Mawr College | September 18-20 | Bryn Mawr, PA | Board of Trustees Meeting | Meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 11/03/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Invesco Van Kampen Capital Growth Fund-A - IRA | | None | L | T | | | | | |
| 2. Vanguard Windsor II Fund - IRA | A | Dividend | J | T | | | | | |
| 3. BROKERAGE ACCOUNT #1 - INDIVIDUAL RETIREMENT ACCOUNT | F | Int./Div. | P1 | T | | | | | |
| 4. - Cash equivalent - Morgan Stanley | | | | | | | | | |
| 5. - Amgen Inc. - common stock | | | | | Sold (part) | 11/03/14 | J | A | |
| 6. | | | | | Sold | 11/04/14 | J | A | |
| 7. - Abbvie Inc.Com - common stock | | | | | Sold (part) | 01/06/14 | J | A | |
| 8. | | | | | Sold | 07/09/14 | J | A | |
| 9. - Caterpillar Inc. - common stock | | | | | Sold | 08/06/14 | J | A | |
| 10. - General Electric Company - common stock | | | | | | | | | |
| 11. - Microsoft Corporation - common stock | | | | | | | | | |
| 12. - Royal Dutch Shell PLC ADR - common stock | | | | | | | | | |
| 13. - AT&T Inc. - common stock | | | | | | | | | |
| 14. - Schlumberger Ltd. - common stock | | | | | | | | | |
| 15. - Comcast Corp CL A Special New - common stock | | | | | Sold (part) | 07/09/14 | J | A | |
| 16. - Eaton Corp. - common stock | | | | | | | | | |
| 17. - Procter & Gamble - common stock | | | | | Buy (add'l) | 07/09/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 11/03/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Monsanto Co. - common stock | | | | | | | | | |
| 19. - Kraft Foods Inc. - common stock | | | | | | | | | |
| 20. - Vodafone Group PLC ADR - common stock | | | | | | | | | |
| 21. - CVS Caremark Corp. - common stock | | | | | Sold (part) | 05/19/14 | J | A | |
| 22. - Google Inc. - common stock | | | | | | | | | |
| 23. - Coca-Cola Co. - common stock | | | | | | | | | |
| 24. - Texas Instruments Inc. - common stock | | | | | | | | | |
| 25. - Amazon.com Inc. - common stock | | | | | | | | | |
| 26. - Check Point Software Tech Ltd. - common stock | | | | | Sold | 10/01/14 | J | A | |
| 27. - Charles Schwab Corp. - common stock | | | | | | | | | |
| 28. - Chevron Corp. - common stock | | | | | | | | | |
| 29. - Freeport McMoran Copper & Gold - common stock | | | | | | | | | |
| 30. - Juniper Networks Inc. - common stock | | | | | Sold | 10/23/14 | J | A | |
| 31. - Weatherford Int'l. Ltd. - common stock | | | | | | | | | |
| 32. - Broadcom Corp - common stock | | | | | Sold (part) | 06/03/14 | J | A | |
| 33. - Akamai Technologies Inc. - common stock | | | | | | | | | |
| 34. - American Electric Power Co. - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 11/03/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Anadarko Petroleum Corp. - common stock | | | | | | | | | |
| 36. - Autodesk Inc. - common stock | | | | | | | | | |
| 37. - Bed Bath & Beyond Inc. - common stock | | | | | Sold | 03/21/14 | J | A | |
| 38. - Biogen Idec Inc. - common stock | | | | | Sold (part) | 02/03/14 | J | C | |
| 39. - Blackrock Inc. - common stock | | | | | | | | | |
| 40. - Cablevision Systems Corp. - common stock | | | | | | | | | |
| 41. - Celgene Corp. - common stock | | | | | | | | | |
| 42. - Covidien PLC New -- common stock | | | | | | | | | |
| 43. - Cree Research Inc. - common stock | | | | | | | | | |
| 44. - Ebay Inc. - common stock | | | | | | | | | |
| 45. - Express Scripts Inc. - common stock | | | | | Sold | 01/27/14 | J | A | |
| 46. - Facebook Inc. CL-A - common stock | | | | | | | | | |
| 47. - Fluor Corp. - common stock | | | | | | | | | |
| 48. - Forest Laboratories Inc. - common stock | | | | | Sold | 07/01/14 | J | B | |
| 49. - Actavis - common stock | | | | | Spinoff (from line 48) | 07/01/14 | J | | |
| 50. - General Mills Inc. - common stock | | | | | Buy | 11/03/14 | J | | |
| 51. - HCP Incorporated - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 11/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Health Care REIT Inc. - common stock | | | | | | | | | |
| 53.   - Home Depot Inc. - common stock | | | | | Sold (part) | 08/08/14 | J | A | |
| 54.   - Johnson & Johnson - common stock | | | | | Sold (part) | 10/09/14 | J | A | |
| 55. | | | | | Sold (part) | 11/03/14 | J | A | |
| 56.   - Red Hat - common stock | | | | | | | | | |
| 57.   - L-3 Communications Holdings Inc. - common stock | | | | | | | | | |
| 58.   - The Directv Group Class A - common stock | | | | | | | | | |
| 59.   - Liberty Media Hldg. Capital Series A - common stock | | | | | | | | | |
| 60.   - Liberty Media Hldg SR A Inter - common stock | | | | | | | | | |
| 61.   - Liberty Broadband Corp C RTS N/A - common stock | | | | | Buy | 12/11/14 | J | | |
| 62.   - Nasdaq OMX Group Inc. - common stock | | | | | | | | | |
| 63.   - National Oilwell Varco Inc. - common stock | | | | | | | | | |
| 64.   - Now Inc. - common stock | | | | | Spinoff (from line 63) | 05/30/14 | J | | |
| 65.   - Pall Corporation - common stock | | | | | | | | | |
| 66.   - Pepsico Inc. - common stock | | | | | Sold (part) | 04/23/14 | J | A | |
| 67.   - Qualcomm Inc. - common stock | | | | | | | | | |
| 68.   - Seagate Technology Holdings - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 11/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Realty Income Corp. - | | | | | | | | | |
| 70. - Riverbed Tech Inc. - common stock | | | | | Sold | 03/19/14 | J | A | |
| 71. - Senior Hsg PPTY TR - common stock | | | | | | | | | |
| 72. - SPDR Gold TR Gold SHS - common stock | | | | | | | | | See Note in Part VIII |
| 73. - TE Connectivity Ltd. New - common stock | | | | | | | | | |
| 74. - Target Corporation - common stock | | | | | Buy | 01/22/14 | J | | |
| 75. - Tyco International Ltd. - common stock | | | | | | | | | |
| 76. - Unitedhealth Group Inc. - common stock | | | | | Sold (part) | 10/09/14 | J | A | |
| 77. - Vertex Pharmaceuticals - common stock | | | | | | | | | |
| 78. - Xilinx Inc. -- common stock | | | | | | | | | |
| 79. - Zoetis Inc. Class A - common stock | | | | | | | | | |
| 80. - AMC Networks Inc. CL A - common stock | | | | | | | | | |
| 81. - JP Morgan Chase BK N A Columbus Ohio DJIA Linked CD | | | | | | | | | |
| 82. - Lord Abbett Floating Rate - mutual fund | | | | | Sold | 04/17/14 | J | A | |
| 83. - Hartford World Bond 1 - mutual fund | | | | | Sold (part) | 01/29/14 | J | A | |
| 84. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 85. | | | | | Sold (part) | 10/16/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 11/03/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Angel Oak Multi Strat Inc I - mutual fund | | | | | Buy | 10/16/14 | K | | |
| 87. - Ishares Russell 1000 ETF - mutual fund | | | | | Buy | 10/21/14 | L | | |
| 88. - Prudential High Yield Z - mutual fund | | | | | Buy | 10/16/14 | K | | |
| 89. - Williams Co., Inc. - common stock | | | | | | | | | |
| 90. - Managers Bond Fund - mutual fund | | | | | Sold (part) | 01/29/14 | J | A | |
| 91. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 92. - Mallinckrodt Public Ltd. Co. - common stock | | | | | | | | | See Note in Part VIII. |
| 93. - Blackrock Global L/S Credit 1 - mutual fund | | | | | Sold (part) | 01/29/14 | J | A | |
| 94. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 95. - Merck & Co. - common stock | | | | | Sold (part) | 03/21/14 | J | A | |
| 96. - Nucor Corp. - common stock | | | | | | | | | |
| 97. - Pimco Total Return - mutual fund | | | | | Sold (part) | 01/29/14 | J | A | |
| 98. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 99. | | | | | Sold | 09/29/14 | K | A | |
| 100. - Sandisk Corp. - common stock | | | | | | | | | |
| 101. - Yum Brands Inc. - common stock | | | | | | | | | |
| 102. - TCW Total Return - mutual fund | | | | | Sold (part) | 01/29/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 11/03/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 104. - Verizon Communications - common stock | | | | | Buy (add'l) | 02/21/14 | J | | |
| 105. | | | | | Sold (part) | 02/26/14 | J | | |
| 106. - JP Morgan Strat Inc. Opp Sel - mutual fund | | | | | Sold (part) | 01/29/14 | J | A | |
| 107. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 108. | | | | | Sold (part) | 10/16/14 | J | A | |
| 109. | | | | | Sold | 11/05/14 | K | A | |
| 110. - Virtus Multi-Sector S/T Bond - mutual fund | | | | | Sold (part) | 01/29/14 | J | A | |
| 111. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 112. - Virtus Multi Sect Sht Trm BD I - | | | | | Sold (part) | 01/29/14 | J | A | |
| 113. | | | | | Sold | 04/17/14 | K | B | |
| 114. - Virtus Senior Floating Rate I - mutual fund | | | | | Sold (part) | 01/29/14 | J | A | |
| 115. | | | | | Sold | 04/17/14 | K | A | |
| 116. - Bank Deposit Sweep Program - | | | | | | | | | |
| 117. - Lake Tahoe Calif Uni Sch Dist Go BDS - muni bond (2LT1) | B | Interest | L | U | Open | | | | MMM personal account |
| 118. | | | | | | | | | |
| 119. Orchard Calif. Sch Dist G.O. Ref BDS - muni bond (5CB5) | B | Interest | K | U | Open | | | | MMM personal account |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. San Ysidro Calif. Sch Dist CTFS Partn - muni bond (3EU1) | A | Interest | J | U | Open | | | | MMM personal account |
| 122. | | | | | | | | | |
| 123. - Wells Fargo Bank - Account | | | | | Open | 12/31/14 | K | | MMM personal account |
| 124. - Union Bank - Account | | | | | Closed | | K | | See Note in Part VIII |
| 125. - Kadison, Pfaelzer, Woodard, Quinn & Rossi Inv. Ptnrship. | | | | | Distributed | 04/30/14 | K | A | See Note in Part VII |
| 126. - Apple Inc. - common stock | | | | | | | | | |
| 127. - Astrazeneca PLC ADS - common stock | | | | | Sold | 04/28/14 | J | B | |
| 128. | | | | | Buy | 06/06/14 | J | | |
| 129. - Bristol Myers Squibb Co. - common stock | | | | | Sold (part) | 11/03/14 | J | A | |
| 130. - Dolby Class A common stock | | | | | | | | | |
| 131. - EMC Corp. Mass - common stock | | | | | | | | | |
| 132. - Glaxosmithkline PLC ADS - common stock | | | | | | | | | |
| 133. - Immunogen Inc. - common stock | | | | | | | | | |
| 134. - Isis Pharmaceuticals Inc. - common stock | | | | | | | | | |
| 135. - Legg Mason BW Global Opp Bd Fl - mutual fund | | | | | Sold | 01/29/14 | K | A | |
| 136. | | | | | Buy | 04/17/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 11/03/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 138. - John Hancock FDS Str Inc. Opp 1 - mutual fund | | | | | Buy (add'l) | 01/29/14 | J | | |
| 139. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 140. - Mc Donalds Corp. - common stock | | | | | Buy (add'l) | 04/29/14 | J | | |
| 141. - Ms Buffered Plus Based on Basket - common stock | | | | | Sold | 07/07/14 | L | E | |
| 142. - Towers Watson & Co CL A -- common stock | | | | | Buy | 05/13/14 | J | | |
| 143. - UBS Plus Based on the Value of a Basket of Equities - common stock | | | | | Buy | 05/30/14 | L | | |
| 144. - Twenty First Century Fox CL A - common stock | | | | | Buy | 07/18/14 | J | | |
| 145. - Precision Castparts Corp. - common stock | | | | | Buy | 07/25/14 | J | | |
| 146. - Tekla Healthcare Opp Fund - common stock | | | | | Buy | 07/28/14 | L | | |
| 147. - Regeneron Pharm - common stock | | | | | Buy | 07/28/14 | J | | |
| 148. - Philip Morris International Inc. - common stock | | | | | Buy (add'l) | 02/26/14 | J | | |
| 149. - PPL Corporation - common stock | | | | | | | | | |
| 150. - Thornburg Int'l Growth I - mutual fund | | | | | Buy | 02/04/14 | L | | |
| 151. | | | | | Sold | 10/21/14 | K | A | |
| 152. - Thermo Fisher Scientific Inc. - common stock | | | | | | | | | |
| 153. - Ventas, Inc. - common stock | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 11/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Visa Inc. - common stock | | | | | | | | | |
| 155. - Walt Disney Co. Holding Co. - common stock | | | | | | | | | |
| 156. - Unit AAM Covered Call & Income Strategies Closed end fund | | | | | | | | | See Note in Part VIII |
| 157. - Anheuser Busch Inbev SA Spon - common stock | | | | | | | | | |
| 158. - Blackrock Strategic Inc Opp A Prospectus - mutual fund | | | | | Sold (part) | 01/29/14 | J | A | |
| 159. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 160. - Goldman Sachs Strategic Inc A Prospectus - mutual fund | | | | | Buy (add'l) | 01/29/14 | J | | |
| 161. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 162. | | | | | Sold (part) | 10/16/14 | J | A | |
| 163. | | | | | Sold | 11/05/14 | K | A | |
| 164. - Virtus Senior Floating Rate A - mutual fund | | | | | Sold | 04/17/14 | K | A | |
| 165. - Virtus Multi Sector Fixed Inc A - mutual fund | | | | | | | | | |
| 166. - CME Group - common stock | | | | | | | | | |
| 167. - NetApp Inc. - common stock | | | | | Sold | 07/01/14 | J | A | |
| 168. - United Parcel Service Inc. Class B - common stock | | | | | | | | | |
| 169. - MFF Orion FT FD - managed future | | | | | Sold | 03/31/14 | L | A | |
| 170. - Skybridge Multi-Advisor Hedge fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - BlackRock All-CP Energy Res A - mutual fund | | | | | | | | | See Note in Part VIII |
| 172. - Cohen & Steers Global Realty Foc I - mutual fund | | | | | | | | | See Note in Part VIII |
| 173. - Eaton Vance Commodity Strategy A - mutual fund | | | | | | | | | See Note in Part VIII |
| 174. - Hartford Floating Rate I - mutual fund | | | | | Sold | 01/29/14 | J | A | |
| 175. - Nuveen Preferred Sec 1 - mutual fund | | | | | Buy | 04/17/14 | K | | |
| 176. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 177. - Wisdomtree Trust Japn Hedge EQ - mutual fund | | | | | Buy | 11/05/14 | K | | |
| 178. - ING Global Real Estate FD I - mutual fund | | | | | | | | | See Note in Part VIII |
| 179. - PIMCO Commodity Real Ret Strat A - mutual fund | | | | | | | | | See Note in Part VIII |
| 180. - RS Global Natural Resources A - mutual fund | | | | | | | | | See Note in Part VIII |
| 181. - Altria Group Inc. - common stock | | | | | | | | | |
| 182. - BCE Inc. (New) - common stock | | | | | | | | | |
| 183. - BP PLC Ads - common stock | | | | | | | | | |
| 184. - Linked in Corp A - common stock | | | | | Buy | 03/27/14 | J | | |
| 185. - Citrix Systems Inc. - common stock | | | | | | | | | |
| 186. - Conocophillips - common stock | | | | | Sold (part) | 08/18/14 | J | A | |
| 187. - Dominion Res Inc. (New) - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 11/03/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - W. W. Grainger, Inc. - common stock | | | | | | | | | |
| 189. - Duke Energy Corp. Holding Co. - common stock | | | | | | | | | |
| 190. - Kimberly Clark Corp. - common stock | | | | | | | | | |
| 191. - Eli Lilly & Co. - common stock | | | | | Sold | 12/11/14 | J | A | |
| 192. - Halyard Health Inc. - common stock | | | | | Spinoff (from line 190) | 11/13/14 | J | | |
| 193. - FMC Technologies Inc. - common stock | | | | | Buy | 09/24/14 | J | | |
| 194. - Lorillard Inc. - common stock | | | | | Sold | 07/16/14 | J | B | |
| 195. - Natl Grid Transco PLC ADS - common stock | | | | | | | | | |
| 196. - Nuance Communications Inc. - common stock | | | | | Buy | 03/14/14 | J | | |
| 197. - Reynolds American Inc. - common stock | | | | | | | | | |
| 198. - Southern Co. - common stock | | | | | | | | | |
| 199. - Total Fina Elf SA - common stock | | | | | | | | | |
| 200. - Unilever PLC (New) ADS - common stock | | | | | Buy (add'l) | 04/29/14 | J | | |
| 201. - Columbia Select LG CP Growth Z - mutual fund | | | | | Buy (add'l) | 07/01/14 | J | | |
| 202. | | | | | Sold (part) | 11/05/14 | K | D | |
| 203. - Columbia Income Opport A - mutual fund | | | | | Sold (part) | 01/29/14 | J | A | |
| 204. | | | | | Buy (add'l) | 07/31/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 11/03/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Invesco Developing Markets A - mutual fund | | | | | Sold (part) | 02/04/14 | K | A | |
| 206. - KKR Income Opportunities Fund - common stock | | | | | Sold | 07/31/14 | K | A | |
| 207. - Royce Premier Service - mutual fund | | | | | Sold (part) | 11/05/14 | J | A | |
| 208. | | | | | Buy (add'l) | 12/18/14 | J | | |
| 209. - Thornburg Int'l Value I- mutual fund | | | | | | | | | |
| 210. - Thornburg Strategic Inc. 1 - mutual fund | | | | | Buy | 11/05/14 | K | | |
| 211. - Virtus Insight Emerging Markets I - mutual fund | | | | | Sold (part) | 02/04/14 | K | A | |
| 212. - Nike Inc. B - common stock | | | | | | | | | |
| 213. - Cameron Intnl Corp - common stock | | | | | | | | | |
| 214. - Duff & Phelps Global Equity - common stock | | | | | Sold (part) | 07/31/14 | L | D | |
| 215. - Blackrock Emrg Mkt L/S EQ Inst (BLSIX) - mutual fund | | | | | Sold | 03/05/14 | J | A | |
| 216. - DWS Rreef GLB Infrastrc S (TOLSX) -- mutual fund | | | | | Sold (part) | 04/17/14 | J | A | |
| 217. - Gateway Fund Y (GTEYX) - mutual fund | | | | | | | | | |
| 218. - Invesco Balanced - Risk Alloc Y (ABRYX) - mutual fund | | | | | Buy (add'l) | 04/17/14 | J | | |
| 219. - Managers Fremont Global Fund (MMAFX) - mutual fund | | | | | Buy (add'l) | 04/17/14 | J | | |
| 220. - MFS Diverse Target Return I (DVRIX) - mutual fund | | | | | Sold (part) | 04/17/14 | J | A | |
| 221. - Nuveen Global Infrastructur I (FGIYX) - mutual fund | | | | | Sold (part) | 04/17/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  - Nuveen Total Return Bond FDI - mutual fund | | | | | Buy | 01/29/14 | K | | |
| 223. | | | | | Buy (add'l) | 04/17/14 | J | | |
| 224. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 225.  - Highland L/S Eq A aka PYXIS Long/Short Equity A - mutual fund | | | | | | | | | |
| 226.  - Highland Lg Sht Healthcare A - mutual fund | | | | | Buy | 04/17/14 | K | | |
| 227.  - Virtus Dynamic Alphasector I (VIMNX) - mutual fund | | | | | Sold (part) | 04/17/14 | J | B | |
| 228.  - Hartford Floating RT HI Inc I - mutual fund | | | | | Buy | 01/29/14 | J | | |
| 229. | | | | | | | | | |
| 230.  - Morgan Stanley - Inherited IRA Account - | D | Distribution | N | T | Distributed (part) | 12/31/14 | N | A | |
| 231. | | | | | | | | | |
| 232.  - Morgan Stanley - Inherited IRA Account - | A | Distribution | J | T | Distributed (part) | 12/31/14 | J | A | |
| 233. | | | | | | | | | |
| 234. | | | | | | | | | |
| 235. | | | | | | | | | |
| 236. | | | | | | | | | |
| 237.  BROKERAGE ACCOUNT #2 (TRUST #1) | E | Int./Div. | P1 | T | | | | | |
| 238. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 11/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Cash equivalent - Morgan Stanley' | | | | | | | | | |
| 240. - Eaton Corp. - common stock | | | | | | | | | |
| 241. - Aviva Plc Adr - common stock | | | | | | | | | |
| 242. - Express Scripts Inc. - Common | | | | | Sold | 01/27/14 | J | A | |
| 243. - General Electric Inc. - common stock | | | | | | | | | |
| 244. - Pepsico Inc. - common stock | | | | | | | | | |
| 245. - Royal Dutch Shell PLC - common stock | | | | | | | | | |
| 246. - Checkpoint Software Tech Ltd. - common stock | | | | | Sold | 10/01/14 | J | A | |
| 247. - AMC Networks Inc CL A - common stock | | | | | | | | | |
| 248. - Allianceber Muni - mutual fund | | | | | Buy | 02/07/14 | K | | |
| 249. | | | | | Sold (part) | 03/12/14 | J | A | |
| 250. | | | | | Sold (part) | 03/18/14 | J | A | |
| 251. | | | | | Sold (part) | 06/13/14 | J | A | |
| 252. | | | | | Sold (part) | 07/07/14 | K | A | |
| 253. | | | | | Sold (part) | 10/08/14 | J | A | |
| 254. | | | | | | | | | |
| 255. - Abbvie Inc.com - common stock | | | | | Sold (part) | 01/06/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. | | | | | Sold | 07/09/14 | J | A | |
| 257. - Astrazeneca PLC ADS - common stock | | | | | Sold | 04/28/14 | J | A | |
| 258. - AT&T - common stock | | | | | | | | | |
| 259. - Schlumberger Ltd. - common stock | | | | | | | | | |
| 260. - Procter & Gamble - common stock | | | | | Buy (add'l) | 07/09/14 | J | | |
| 261. - Monsanto Company - common stock | | | | | | | | | |
| 262. - Kraft Foods - common stock | | | | | | | | | |
| 263. - Target Corporation - common stock | | | | | Buy | 01/22/14 | J | | |
| 264. - Vodafone Group PLC ADR - common stock | | | | | | | | | |
| 265. - CVS Caremark Corporation - common stock | | | | | Sold (part) | 05/19/14 | J | A | |
| 266. - Health Care REIT - common stock | | | | | | | | | |
| 267. - Coca Cola Company - common stock | | | | | | | | | |
| 268. - General Mills - common stock | | | | | Buy | 11/03/14 | J | | |
| 269. - Google Inc. - common stock | | | | | | | | | |
| 270. - HCP Inc. - common stock | | | | | | | | | |
| 271. - Juniper Networks Inc. - common stock | | | | | Sold | 10/23/14 | J | A | |
| 272. - Qualcomm Inc. - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 11/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Schwab Charles Corporation - common stock | | | | | | | | | |
| 274. - Amazon.com Inc. - common stock | | | | | | | | | |
| 275. - Amgen Inc. - common stock | | | | | Sold (part) | 11/03/14 | J | A | |
| 276. | | | | | Sold | 11/04/14 | J | A | |
| 277. - Anadarko Petroleum Corporation - common stock | | | | | | | | | |
| 278. - BP PLC Ads - common stock | | | | | | | | | |
| 279. - Cablevision Systems Corporation - common stock | | | | | | | | | |
| 280. - Celgene Corporation - common stock | | | | | Sold (part) | 10/09/14 | J | A | |
| 281. - Chevron Corporation - common stock | | | | | | | | | |
| 282. - Covidien Ltd. - common stock | | | | | | | | | |
| 283. - Mallinckrodt Public Ltd. Co. - common stock | | | | | | | | | See Note in Part VIII |
| 284. - Freeport McMoran Copper & Gold - common stock | | | | | | | | | |
| 285. - Microsoft Corporation - common stock | | | | | | | | | |
| 286. - NASDAQ OMX Group, Inc. - common stock | | | | | | | | | |
| 287. - SPDR Gold Trust - ETF | | | | | | | | | See Note in Part VIII |
| 288. - Caterpillar, Inc. - common stock | | | | | Sold | 08/06/14 | J | A | |
| 289. - Texas Instruments Inc. - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 11/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - Weatherford International Ltd. - common stock | | | | | | | | | |
| 291. - Xilinx Inc. - common | | | | | | | | | |
| 292. - Yum Brands Inc. - common | | | | | | | | | |
| 293. - Fluor Corp. - common stock | | | | | | | | | |
| 294. - Akamai Technologies Inc. - common stock | | | | | | | | | |
| 295. - Autodesk Delaware - common stockc | | | | | | | | | |
| 296. - Bed Bath & Beyond - common stock | | | | | Sold | 03/21/14 | J | A | |
| 297. - Biogen Idec Inc. - common stock | | | | | Sold (part) | 02/03/14 | J | C | |
| 298. - W. W. Grainger Inc. - common stock | | | | | | | | | |
| 299. - Blackrock Inc. - common stock | | | | | | | | | |
| 300. - Broadcom Corp. - common stock | | | | | | | | | |
| 301. - Comcast Corp. CL A Special New - common stock (CMCSK) | | | | | Sold (part) | 07/09/14 | J | A | |
| 302. - Williams Co. Inc. - common stock | | | | | | | | | |
| 303. - Cree Research Inc. - common stock | | | | | | | | | |
| 304. - Dolby Class A common stock (formerly Dolby Labs Inc.) | | | | | | | | | |
| 305. - Ebay Inc. - common stock | | | | | | | | | |
| 306. - Facebook Inc. CL-A - common | | | | | Buy (add'l) | 12/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 11/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - Actavis PLC - common stock | | | | | Spinoff (from line 308) | 07/01/14 | J | | |
| 308. - Forest Laboratories Inc. - common stock | | | | | Sold | 07/01/14 | J | B | |
| 309. - Home Depot Inc. - common stock | | | | | Sold (part) | 08/08/14 | J | A | |
| 310. - Johnson & Johnson - common stock | | | | | Sold (part) | 10/09/14 | J | A | |
| 311. | | | | | Sold (part) | 11/03/14 | J | A | |
| 312. - L-3 Communications Hldgs Inc. - common stock | | | | | | | | | |
| 313. - Lorillard Inc.-- common stock | | | | | Sold | 07/16/14 | J | B | |
| 314. - The Directv Group Class A - common stock | | | | | | | | | |
| 315. - Liberty Media Corp. Hldg Capital Series A - common stock | | | | | | | | | |
| 316. - National Oilwell Varco Inc. - common stock | | | | | | | | | |
| 317. - Twitter, Inc. - common stock | | | | | | | | | |
| 318. - Pall Corporation - common stock | | | | | | | | | |
| 319. - Seagate Technology Hldgs. - common stock | | | | | | | | | |
| 320. - TE Connectivity Ltd. New - common stock | | | | | | | | | |
| 321. - Tyco International Ltd. - common stock | | | | | | | | | |
| 322. - Unitedhealth Group Inc. - common stock | | | | | Sold (part) | 10/09/14 | J | A | |
| 323. - Zoetis Inc., Class A - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 11/03/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - Vertex Pharmaceuticals - common stock | | | | | | | | | |
| 325. - Nuance Communications Inc. - common stock | | | | | Buy | 03/14/14 | J | | |
| 326. | | | | | | | | | |
| 327. - Kinder Morgan Incorp. - common stock | | | | | Buy | 08/18/14 | J | | |
| 328. | | | | | | | | | |
| 329. - Merck & Co. Inc. - common stock | | | | | | | | | |
| 330. - Nucor Corporation - common stock | | | | | | | | | |
| 331. - Sandisk Corporation - common stock | | | | | | | | | |
| 332. - Verizon Communications - common stock | | | | | Buy (add'l) | 02/21/14 | J | | |
| 333. | | | | | Sold (part) | 02/26/14 | J | A | |
| 334. - Realty Income Corp. - common stock | | | | | | | | | |
| 335. - Western Asst GLB CP DEF OPP FD - common stock | | | | | Sold | 03/18/14 | L | A | |
| 336. - Anheuser Busch Inbev SA Spon - common stock | | | | | | | | | |
| 337. - Allianz Se Ads - common stock | | | | | | | | | |
| 338. - American Electric Power Co. - common stock | | | | | | | | | |
| 339. - Apple Inc. - common stock | | | | | | | | | |
| 340. - Blackrock National Muni A - mutual fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 11/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | | | | | |
| 342. - Blackrock National Muni I - mutual fund | | | | | Buy | 02/07/14 | K | | |
| 343. | | | | | Sold (part) | 03/18/14 | J | A | |
| 344. | | | | | Sold (part) | 06/13/14 | J | A | |
| 345. | | | | | Sold | 07/07/14 | J | A | |
| 346. - Amer Cent CA Hi Yld Muni Inv - mutual fund | | | | | Buy | 02/07/14 | J | | |
| 347. | | | | | Sold (part) | 03/18/14 | J | A | |
| 348. | | | | | Sold (part) | 07/07/14 | J | A | |
| 349. | | | | | Sold (part) | 10/08/14 | J | A | |
| 350. - Thornburg In't'l Growth I - mutual fund | | | | | Buy | 02/10/14 | K | | |
| 351. | | | | | Sold | 10/21/14 | K | A | |
| 352. - Ishares Russell 1000 ETF - mutual fund | | | | | Buy | 10/21/14 | K | | |
| 353. | | | | | Buy (add'l) | 12/15/14 | J | | |
| 354. - Bristol Myers Squibb Co. - common stock | | | | | Sold (part) | 11/03/14 | J | A | |
| 355. - Citrix Systems Inc. - common stock | | | | | | | | | |
| 356. - Clearbridge Energy MLP FD Inc. - common stock | | | | | Buy (add'l) | 12/22/14 | K | | |
| 357. - EMC Corp Mass - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 11/03/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - FMC Technologies - common stock | | | | | Buy | 09/25/14 | J | | |
| 359. - Goldman Sachs MLP Energy Ren - mutual fund | | | | | Buy | 09/25/14 | K | | |
| 360. - The ADT Corporation - common stock | | | | | Buy | 12/15/14 | J | | |
| 361. | | | | | | | | | |
| 362. - Glaxosmithkline PLC ADS - common stock | | | | | | | | | |
| 363. - Immunogen Inc. - common stock | | | | | | | | | |
| 364. - Isis Pharmaceutical Inc. - common stock | | | | | | | | | |
| 365. - Kayne and Midstream/Energy Fund Inc. - common stock | | | | | Buy (add'l) | 12/22/14 | J | | |
| 366. - Mc Donalds Corp. - common stock | | | | | Buy (add'l) | 04/29/14 | J | | |
| 367. - Ms. Blackstone Re Debt II on LP - | | | | | | | | | |
| 368. - MFS Muni High Income A - mutual fund | | | | | Buy | 02/07/14 | J | | |
| 369. | | | | | Sold (part) | 03/18/14 | J | A | |
| 370. | | | | | Sold (part) | 07/07/14 | J | A | |
| 371. - Nuveen Sh Dur Hi Yld Muni BD I - mutual fund | | | | | Buy | 02/07/14 | J | | |
| 372. | | | | | Sold (part) | 03/18/14 | J | A | |
| 373. | | | | | Sold (part) | 07/07/14 | J | A | |
| 374. - Nuveen Hi Yld Muni Bond I - mutual fund | | | | | Buy | 02/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 11/03/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold (part) | 03/18/14 | J | A | |
| 376. | | | | | Sold (part) | 07/07/14 | J | A | |
| 377. - Philip Morris Int'l Inc. - common stock | | | | | Buy (add'l) | 02/26/14 | J | | |
| 378. - JP Morgan CA Tax Free Bond A - mutual fund | | | | | Buy | 02/07/14 | K | | |
| 379. | | | | | Sold (part) | 03/18/14 | J | A | |
| 380. | | | | | Sold (part) | 06/13/14 | J | A | |
| 381. | | | | | Sold (part) | 07/07/14 | J | A | |
| 382. - Blackstone EP II Onshore - mutual fund | | | | | Buy | 12/23/14 | J | | |
| 383. - Linked in Corp A - common stock | | | | | Buy | 03/27/14 | J | | |
| 384. | | | | | | | | | |
| 385. | | | | | | | | | |
| 386. | | | | | | | | | |
| 387. | | | | | | | | | |
| 388. - PPL Corporation - common stock | | | | | | | | | |
| 389. - Riverbed - common stock | | | | | Sold | 03/19/14 | J | A | |
| 390. - Travelers Companies Inc. COM - common stock | | | | | | | | | |
| 391. - Thermo Fisher Scientific Inc. - common stock | | | | | Sold (part) | 03/27/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. - Ventas Inc. - common | | | | | | | | | |
| 393. - Visa Inc. Class A common stock | | | | | | | | | |
| 394. - Walt Disney Co. Holding Co. - common stock | | | | | | | | | |
| 395. | | | | | | | | | |
| 396. - Altria Group Inc. - common stock | | | | | | | | | |
| 397. - BCE Inc. (New) - common stock | | | | | | | | | |
| 398. - Blackrock CA Muni Bd I - mutual fund | | | | | Buy | 02/07/14 | K | | |
| 399. | | | | | Sold (part) | 03/18/14 | J | A | |
| 400. | | | | | Sold (part) | 06/13/14 | J | A | |
| 401. | | | | | Sold (part) | 07/07/14 | J | A | |
| 402. | | | | | | | | | |
| 403. - Towers Watson & Co. CL A - common stock | | | | | Buy | 05/13/14 | J | | |
| 404. | | | | | | | | | |
| 405. - Precision Castparts Corp. - common stock | | | | | Buy | 07/25/14 | J | | |
| 406. | | | | | | | | | |
| 407. - Conocophillips - common stock | | | | | Sold (part) | 08/18/14 | J | A | |
| 408. - Dominion Res Inc. (New) - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. - Duke Energy Corp Holding Co. - common stock | | | | | | | | | |
| 410. - Kimberly Clark Corp. - common stock | | | | | | | | | |
| 411. - Halyard Health Inc. - common stock | | | | | Spinoff (from line 410) | 11/13/14 | J | | |
| 412. - Eli Lilly & Co. - common stock | | | | | Sold | 12/11/14 | J | A | |
| 413. - National Grid Transco PLC ADS - common stock | | | | | | | | | |
| 414. - Reynolds American Inc. - common stock | | | | | | | | | |
| 415. - Twenty-First Century Fox CLA - common stock | | | | | Buy | 07/18/14 | J | | |
| 416. - Windstream Corp. - common stock | | | | | | | | | See Note in Part VIII |
| 417. - Unilever PLC (New) ADS - common stock | | | | | | | | | |
| 418. - Total Fina Elf SA - common stock | | | | | | | | | |
| 419. - Southern Co. - common stock | | | | | | | | | |
| 420. - Columbia Select LG CP Growth Z - mutual fund | | | | | Buy (add'l) | 07/01/14 | J | | |
| 421. | | | | | Sold (part) | 11/05/14 | K | D | |
| 422. - Columbia CA Tax Exempt Z - mutual fund | | | | | Sold | 02/07/14 | K | B | |
| 423. - Invesco High Yield Muni Y - mutual fund | | | | | Sold (part) | 02/07/14 | K | A | |
| 424. | | | | | Sold (part) | 03/18/14 | J | A | |
| 425. | | | | | Sold (part) | 07/07/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 11/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. - Managers AMG GW&K Muni Bd SVC - mutual fund | | | | | Sold (part) | 02/07/14 | K | A | |
| 427. | | | | | Sold (part) | 03/18/14 | J | A | |
| 428. | | | | | Sold (part) | 06/13/14 | J | A | |
| 429. | | | | | Sold (part) | 07/07/14 | J | A | |
| 430. - Prudential Muni Hi Inc Z - mutual fund | | | | | Sold (part) | 02/07/14 | J | A | |
| 431. | | | | | Sold (part) | 03/18/14 | J | A | |
| 432. | | | | | Sold (part) | 07/07/14 | J | A | |
| 433. - Nationwide HM CA ITM Tax FR Bd - mutual fund | | | | | Sold (part) | 02/07/14 | K | A | |
| 434. | | | | | Sold (part) | 03/12/14 | J | A | |
| 435. | | | | | Sold (part) | 03/18/14 | J | A | |
| 436. | | | | | Sold (part) | 06/13/14 | J | A | |
| 437. | | | | | Sold (part) | 07/07/14 | J | A | |
| 438. | | | | | Sold (part) | 10/08/14 | J | A | |
| 439. - Invesco Developing Markets A - mutual fund | | | | | Sold (part) | 02/10/14 | J | A | |
| 440. - Red Hat - common stock | | | | | | | | | |
| 441. - Regeneron Pharm - common stock | | | | | Buy | 07/18/14 | J | | |
| 442. - Royce Premier Service - mutual fund | | | | | Sold (part) | 11/05/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Buy (add'l) | 12/18/14 | J | | |
| 444. - Goldman Sachs MLP Inc. Oppty Fd - mutual fund | | | | | | | | | |
| 445. - Thornburg Int'l Value A - mutual fund | | | | | Buy (add'l) | 12/15/14 | J | | |
| 446. - Senior Hsg PPTY TR SBI - common stock | | | | | | | | | |
| 447. - Virtus Insight Emerging Markets I - mutual fund | | | | | Sold (part) | 02/10/14 | J | | |
| 448. - NetApp Inc. - common stock | | | | | Sold | 07/01/14 | J | A | |
| 449. - CME Group Inc. - common stock | | | | | | | | | |
| 450. | | | | | | | | | |
| 451. - Wisdomtree Trust Japn Hedge EQ - mutual fund | | | | | Buy | 11/05/14 | K | | |
| 452. - United Parcel Service Inc. Class B - common stock | | | | | | | | | |
| 453. - Blackrock All CP Energy Res A - mutual fund | | | | | | | | | See Note in Part VIII |
| 454. - Cohen & Steers Glb Rlty Foc A - mutual fund | | | | | | | | | See Note in Part VIII |
| 455. - Eaton Vance Commodity Strat A - mutual fund | | | | | | | | | See Note in Part VIII |
| 456. - Columbia Income Opport A - mutual fund | | | | | | | | | |
| 457. - ING Global Real Estate A - mutual fund | | | | | | | | | See Note in Part VIII |
| 458. - ING Global Real Estate FD I - mutual fund | | | | | | | | | See Note in Part VIII |
| 459. - Hartford Floating Rate I - mutual fund | | | | | | | | | See Note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. - Pimco Comm Real Ret Strat A - mutual fund | | | | | | | | | See Note in Part VIII |
| 461. - Metropolitan West HI YLD Bd M - mutual fund | | | | | | | | | |
| 462. - RS Global Natural Res A - mutual fund | | | | | | | | | See Note in Part VIII |
| 463. -- Virtus Senior Floating Rate 1 - mutual fund | | | | | | | | | See Note in Part VIII |
| 464. - Nike Inc. B - common stock | | | | | | | | | |
| 465. - Cameron International Corp. - common stock | | | | | | | | | |
| 466. - DWS Rreef Glb Infrastrc S - mutual fund | | | | | Sold (part) | 04/17/14 | J | A | |
| 467. - Blackrock Emrg Mkt L/S Eq Inst - mutual fund | | | | | Sold | 03/05/14 | K | A | |
| 468. - Gateway Fund Y - mutual fund | | | | | | | | | |
| 469. - Highland Lg Sht Healthcare A - mutual fund | | | | | Buy | 04/17/14 | K | | |
| 470. - Highland Long Short Equity A - mutual fund | | | | | | | | | |
| 471. - Invesco Balanced Risk Alloc - mutual fund | | | | | Buy (add'l) | 04/17/14 | J | | |
| 472. - Managers Amg FQ Glb Ess Inst - mutual fund | | | | | Buy (add'l) | 04/17/14 | J | | |
| 473. - MFS Diverse Target Return 1 - mutual fund | | | | | Sold (part) | 04/17/14 | J | A | |
| 474. - Nuveen Global Infrastructur 1 - mutual fund | | | | | Sold (part) | 04/17/14 | J | A | |
| 475. - Virtus Dynamic Alphasector 1 - mutual fund | | | | | Sold (part) | 04/17/14 | J | B | |
| 476. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 32 of 42

**Name of Person Reporting**

MORROW, MARGARET M.

**Date of Report**

11/03/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. - Advent Claymore Convertible SE - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 478. - Advent Claymore CV Secs & Incm - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 479. - Advent/Claymore Enhncd Grw - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 480. - Alliancebernstein Inc. FD - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 481. - Alpine Global Premier PPTY FD - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 482. - Alpine Total Dynamic Dividend - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 483. - Ares Dynamic Credit Alloc FD - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 484. - Blackrock Corp HGH Yld FD Inc. - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 485. - Blackrock Debt Strat FD Inc. - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 486. - Blackrock ENH Cap & FD Inc. - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 487. - Blackrock Enhanced Equity Div - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 488. - Blackrock Flt Rte Inc. Strat FD - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 489. - Blackrock GLBL OPP EQTR - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 490. - Blackrock Income Trust Inc. - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 491. - Blackrock Intl Grwth & Inc TR - closed end fund | | | | | Buy | 08/21/14 | J | | |
| 492. - Blackrock Muni Assets FD Inc. - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 493. | | | | | Sold | 10/16/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 42

Name of Person Reporting

MORROW, MARGARET M.

Date of Report

11/03/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. - Blackrock Multi-Sector Inc. TR N/R - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 495. - Blackrock Mun Inc. Qual TR - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 496. - Blackrock Munihldngs Q LTY II - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 497. - Blackrock Muniholdings Investm - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 498. - Blackrock Res & Comm Strat TR - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 499. - Blackrock UTIL & INFRA N/R - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 500. - Blackstone GSO Lg SH CR Inc. B - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 501. - Blackstone/GSO Strat Credit FD N/R - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 502. - Brookfield Mtge Opp Inc. FD - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 503. - Calamos CV & HI Incm FD - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 504. - Calamos Global Dynamic CEF - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 505. - CBRE Clarion GL Real Estate - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 506. - Cohen & Steers Infrastructure FD - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 507. - Cohen & Steers Ltd. Dur. PFD & Inc. - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 508. - Cohen & Steers Reit & PFD Incm - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 509. - Doubleline Income Solutions FD - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 510. - Duff & Phelps GLB Util Inc. FD - closed end fund | | | | | Buy | 07/16/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 42

Name of Person Reporting

MORROW, MARGARET M.

Date of Report

11/03/2015

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 511. - Eaton Vance Ltd Duration FD - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 512. - Eaton Vance Nat'l Muni Opp TR - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 513. - Eaton Vance Risk Mngd -closed end fund | | | | | Buy | 07/16/14 | J | | |
| 514. - Eaton Vance Senior Income TR - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 515. - Eaton Vance Shrt Dur Div Inc. - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 516. - Eaton Vance Tax Adv GLBL Div -closed end fund | | | | | Buy | 07/16/14 | J | | |
| 517. - Eaton Vance Tax Advantaged - closed end l fund | | | | | Buy | 07/16/14 | J | | |
| 518. - Eaton Vance Tax Advtgd GlBL - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 519. - Eaton Vance Tax MG CEF - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 520. - Eaton Vance Tax Mgd DIV EQU FD - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 521. - First Trust High Inc. Long/Shor N/R - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 522. - Flaherty & Crumrine Dynamic PF - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 523. - Global High Income DLR FND INC. - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 524. - John Hancock Premium DIV FD - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 525. - New Am High Income FD Inc New - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 526. - Nexpoint Credits Strategies FD - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 527. - Nuve 56873 - closed end fund | | | | | Buy | 07/16/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 42

Name of Person Reporting

MORROW, MARGARET M.

Date of Report

11/03/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Sold | 09/26/14 | J | A | |
| 529.  - Nuve ABF53 TND - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 530. | | | | | Sold | 09/26/14 | J | A | |
| 531.  - Nuve AVN 70 TND - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 532. | | | | | Sold | 09/26/14 | J | A | |
| 533.  - Nuve AXF88 TND - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 534. | | | | | Sold | 09/26/14 | J | A | |
| 535.  - Nuveen Diversified Currency Op - closed end und | | | | | Buy | 07/16/14 | J | | |
| 536. | | | | | Sold | 08/21/14 | J | A | |
| 537.  - Nuveen QLTY Income Muni FND - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 538. | | | | | Sold | 10/16/14 | J | A | |
| 539. | | | | | | | | | |
| 540.  - Nuveen AMT FREE Muni Inc FD - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 541. | | | | | | | | | |
| 542.  - Nuveen Credit Strat Inc FD - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 543.  - Nuveen Div Adv Muni FD 2 - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 544.  - Nuveen Div Adv Muni FD - closed end fund | | | | | Buy | 07/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 11/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. - Nuveen Divid Adv Muni FD 3 - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 546. - Nuveen Divid Adv Muni Inc FD - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 547. - Nuveen Float Rate Incm Fund - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 548. - Nuveen Global High Income - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 549. - Nuveen Muni Advantage Fund Inc - closed end fund | | | | | Buy | 09/26/14 | J | | |
| 550. - Nuveen Muni Market Opp FD Inc. - mutual fund | | | | | Buy | 07/16/14 | J | | |
| 551. - Nuveen Muni Oppty IND Inc - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 552. - Nuveen Nasdaq 100 Dynamic OVC - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 553. - Nuveen Perf Plus Mun FD - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 554. - Nuveen PFD Income Opp FD - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 555. - Nuveen Pre Inc Muni FD 2 Inc - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 556. - Nuveen Premier Municipal In FD - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 557. - Nuveen Premium Inc Mun FD Inc - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 558. - Nuveen Qual Muni Fund Inc - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 559. - Nuveen Qual PFD Inc FD - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 560. - Nuveen Real Asst Incme Grw FND - closed end und | | | | | Buy | 07/16/14 | J | | |
| 561. - Nuveen S&P 500 Buy-Write Inc. - closed end fund | | | | | Buy | 07/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 42

Name of Person Reporting

MORROW, MARGARET M.

Date of Report

11/03/2015

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. - Nuveen Senior Income Fund - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 563. - Nuveen Short Duratin CR OPP FD N/A - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 564. - Nuveen Tax-Advantaged Div CEF - closed end fund | | | | | Buy | 10/16/14 | J | | |
| 565. - Prudential SHRT Dur High Yl FD - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 566. - Putnam Managed Muni Income TR - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 567. - Putnam Muni Opty TR - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 568. - TCW Strategic Income FD Inc - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 569. - Voya Global Equity Dividend - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 570. - Voya Risk Managed Nat Res FD - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 571. - Wells Fargo ADV GLB DIV OPP FD - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 572. - Wells Fargo Advantage Income - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 573. - Wells Fargo Advantage Multi - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 574. - Western Asset Emerg Mkts FD - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 575. - Western Asset GBL PTNRS Inc FD - closed end fund | | | | | Buy | 10/16/14 | J | | |
| 576. - Western Asset Global High FD - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 577. - Western Asset Mkts FD II Inc. - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 578. - Western Asset Mngd High Inc FD - closed end fund | | | | | Buy | 07/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting: **MORROW, MARGARET M.**

Date of Report: 11/03/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 579. - Western Asset WLDWD Income FD - closed end fund | | | | | Buy | 07/16/14 | J | | |
| 580. | | | | | | | | | |
| 581. | | | | | | | | | |
| 582. - Real Property, Nantucket County, Massachusetts | | | | | | | | | |
| 583. | | | | | | | | | |
| 584. ▢ ADMINISTRATIVE ACCOUNT (TRUST #2) | F | Int./Div. | P1 | T | Open | 12/31/14 | P1 | | |
| 585. | | | | | | | | | |
| 586. - Edison International - common stock | | | | | | | | | |
| 587. - Exelon Corp. - common stock | | | | | | | | | |
| 588. - Marathon Oil Corp. - common stock | | | | | | | | | |
| 589. - Marathon Petroluem Corp - common stock | | | | | | | | | |
| 590. - United States Steel Corp. - common stock | | | | | | | | | |
| 591. | | | | | | | | | |
| 592. - California State GO Ref Bds Series - muni. bond (PR95) | A | Interest | | | Redeemed | 03/03/14 | K | A | |
| 593. - North City West Calif Sch Facs Fing - muni. bond (0DK2) | D | Interest | | | Redeemed | 09/02/14 | L | A | |
| 594. - San Jacinto Calif Uni Sch Dist - muni. bond (2CV0) | D | Interest | | | Redeemed | 09/02/14 | M | A | |
| 595. - Calaveras Uni Sch Dist Calif. G O - muni. bond (4EJ5) | D | Interest | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596.  - California St G O Bds Ser. 2008 - muni. bond (AZ80) | B | Interest | | | | | | | |
| 597.  - Modesto Calif IRR Dist CTFS Partn Cops " | C | Interest | | | Redeemed | 07/01/14 | L | A | |
| 598.  - ░░░░░ ' Real Property, Los Angeles County, California | | | | | Sold | 04/07/14 | O | G | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART I - POSITIONS

Page 1, line 1: I am a member of the Board of Trustees. There are no assets to report.

PART VII - INVESTMENTS AND TRUSTS

BROKERAGE ACCOUNT #1 -- INDIVIDUAL

Page 8, line 72: This asset was sold on December 31, 2012 with a value of "J" and a gain of "A," but was inadvertently not reported on my 2012 FDR.

Page 9, line 92: This asset was sold on July 9, 2013 with a value of "J" and a gain of "A," but was inadvertently not reported on my 2013 FDR.

Page 11, line 123: This account was inadvertently listed on my 2013 FDR as "MMM Personal Account." It was ▮▮▮▮▮ checking account and was closed upon their deaths in February 2012. The funds were transferred into the ▮▮▮▮ Adminstrative Trust Account.

Page 11, line 124: The April 30, 2014 date for distribution for this account is an approximate date.

Page 13, line 155: This asset was sold on January 11, 2012 with a value of "L" and a gain of "A," but was inadvertently not reported on my 2012 FDR.

Page 13, line 170: This asset was sold on December 31, 2012 with a value off "J" and a gain of "A," but was inadvertently not reported on my 2012 FDR.

Page 14, line 171: This asset was sold on December 31, 2012 with a value of "J" and a gain of "A," but was inadvertently not reported on my 2012 FDR.

Page 14, line 172: This asset was sold on December 31, 2012 with a value of "J" and a gain of "A," but was inadvertently not reported on my 2012 FDR.

Page 14, line 177: This asset was sold on December 31, 2012 with a value of "J" and a gain of "B," but was inadvertently not reported on my 2012 FDR.

Page 14, line 178: This asset was sold on December 31, 2012 with a value of "J" and a gain of "A," but was inadvertently not reported on my 2012 FDR.

Page 14, line 179: This asset was sold on December 31, 2012 with a value of "J" and a gain of "A," but was inadvertently not reported on my 2012 FDR.

BROKERAGE ACCOUNT #2 -- (TRUST #1)

Page 20, line 283: This asset was sold on July 9, 2013 with a value of "J" and a gain of "A," but was inadvertently not reported on my 2013 FDR.

Page 20, line 285: This asset was inadvertently reported as partially sold on January 3, 2013 with a value of "J" and a gain of "A" on my 2013 FDR. The sale, however, was a final sale.

Page 28, line 414: This asset was sold on June 13, 2013 with a value of "J" and a gain of "A," but it was inadvertently not reported on my 2013 FDR.

Page 30, line 451: This asset was sold on January 3, 2013 with a value of "J" and a gain of "A," but it was inadvertently not reported on my 2013 FDR.

Page 30, line 452: This asset was sold on January 3, 2013 with a value of "J" and a gain of "A," but it was inadvertently not reported on my 2013 FDR.

Page 30, line 453: This asset was sold on January 3, 2013 with a value of "J" and a gain of "A," but it was inadvertently not reported on my 2013 FDR.

Page 30, line 455: This asset was sold on December 16, 2011 with a value of "J" and a gain of "A," but it was inadvertently not reported on my 2011 FDR.

Page 30, line 456: This asset was inadvertently reported as partially sold on January 3, 2013 with a value of "J" and a gain of "B" on my 2013 FDR. The sale, however, was a final sale.

Page 30, line 457: This asset was inadvertently reported as partially sold on January 3, 2013 with a value of "K" and a gain of "A" on my 2013 FDR. The sale, however, was a final sale.

Page 30, line 458: This asset was inadvertently reported as partially sold on January 3, 2013 with a value of "K" and a gain of "A" on my 2013 FDR. The sale, however, was a final sale.

Page 31, line 460: This asset was inadvertently reported as partially sold on January 3, 2013 with a value of "J" and a gain of "A" on my 2013 FDR. The sale, however, was a final sale.

| Name of Person Reporting | Date of Report |
| --- | --- |
| MORROW, MARGARET M. | 11/03/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Page 31, line 461: This asset was inadvertently reported as partially sold on January 3, 2013 with a value of "K" and a gain of "A" on my 2013 FDR. The sale, however, was a final sale.

| Name of Person Reporting | Date of Report |
| --- | --- |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARGARET M. MORROW**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544